## Romascavage Unemployment Compensation Case.

Argued March 1, 1965. *Nettie M. Romascavage,* claimant, appellant, in propria persona, submitted a brief; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.